Filed in U.S. Bankruptcy Court
Atlanta, Georgia

APR - 3 2022

M. Regina Thomas, Clerk
By: _____
Deputy Clerk

**From:** Ulysses Ware <utware007@gmail.com>
**Sent:** Sunday, April 3, 2022 12:16 PM
**To:** breon.peace@usdoj.gov; nina.gupta@usdoj.gov
**Cc:** Adrienne Nash <adriennen@gabar.org>; law@gordonlawpc.com; hwalker@kilpatricktownsend.com; Bill NeSmith <billn@gabar.org>; GANB-Hagenau <GANB-Hagenau@ganb.uscourts.gov>; Wm Meyers <allanmyers@bellsouth.net>; Ed Garland <etg@gsllaw.com>; Jenny Mittelman <jennym@gabar.org>; leighb@gabar.org; Manny Arora <manny@arora-law.com>; Paula Frederick <paulaf@gabar.org>
**Subject:** Fwd: 04.03.22 22cv1531 (EDNY) Exhibit 54 re 11.25.02 Null and Void ab Initio 02cv2219 (SDNY) Memorandum Opinion and Order (Sand, J.).

---------- Forwarded message ---------
**From: Ulysses Ware** <utware007@gmail.com>
Date: Sun, Apr 3, 2022 at 12:12 PM
Subject: 04.03.22 22cv1531 (EDNY) Exhibit 54 re 11.25.02 Null and Void ab Initio 02cv2219 (SDNY) Memorandum Opinion and Order (Sand, J.).
To: Thomas Ware <UTWARE007@gmail.com>


_Exhibit 54 04.03.22 re 11.25.02 02cv2219 (SDNY)...

# April 3, 2022

# Exhibit 54

# Service copy

# /s/ Ulysses T. Ware