Filed in U.S. Bankruptcy Court
Atlanta, Georgia

APR – 5 2022

M. Regina Thomas, Clerk
By: _____
Deputy Clerk

**From:** Ulysses Ware <utware007@gmail.com>
**Sent:** Tuesday, April 5, 2022 10:17 AM
**To:** breon.peace@usdoj.gov; nina.gupta@usdoj.gov
**Cc:** GANB-Hagenau <GANB-Hagenau@ganb.uscourts.gov>; Ed Garland <etg@gsllaw.com>; Manny Arora <manny@arora-law.com>; Bill NeSmith <billn@gabar.org>; Jenny Mittelman <jennym@gabar.org>; Paula Frederick <paulaf@gabar.org>; Adrienne Nash <adriennen@gabar.org>; leighb@gabar.org; law@gordonlawpc.com; hwalker@kilpatricktownsend.com; Wm Meyers <allanmyers@bellsouth.net>
**Subject:** 22cv1531 (EDNY) Exhibit 52 re Statutory violation of NY Penal Law section 190.40, the criminal usuary law.

Exhibit 52 04.05.22 re GPMT's 2001 Form SB-2 th...

April 5, 2022

Service Copy

Exhibit 52

re GPMT's 2001 Form SB-2 filed with the SEC that registered $3,378,473 in illegal criminal usury interest in violation of NY Penal Law section 190.40 required by para. 10.1(iv) of the illegal Subscription Agreement, GX-5, and the illegal Notes, GX 1-4, jointly, (the "Illegal Contracts"), that are null and void ab initio.

/s/ Ulysses T. Ware