# Filed on 6/21/2022 2:35:28 PM
# Docket 22cv3409 (SDNY) (36)
## United States District Court
## Southern District of New York
## *Ware v. United States, et al.*



Filed in U.S. Bankruptcy Court
Atlanta, Georgia

JUN 21 2022

M. Regina Thomas, Clerk
By:_____
Deputy Clerk

Submitted by:
The Office of Ulysses T. Ware
123 Linden Blvd.
Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com
/s/ Ulysses T. Ware
Tuesday, June 21, 2022

---

## Notice of filing

Notice to USAG Merrick B. Garland, Judges Laura Taylor-Swain, Edgardo Ramos, and Andre Damian Williams, Jr., the U.S. Attorney (SDNY), *to immediately* cease and desist all resistance to binding circuit authority, to wit: *Adar Bays, LLC v. GeneSys ID, Inc.*, 18cv3023 (2d Cir.) (March 15, 2022).

---

### Certificate of Service

The government was served with this pleading on 06.21.22 via Damian Williams at damian.williams@usdoj.gov, Jun Xiang was served at jun.xiang@usdoj.gov, and Merrick B. Garland, via Jeffrey R. Ragsdale, at Jeffrey.ragsdale@usdoj.gov.

Page **1** of **2**
**Tuesday, June 21, 2022**
(36) June 21, 2022, request to USAO and District Court (Ramos, J.) re: To immediately, **by June 22, 2022, at 12:00 noon, time of the essence**, reverse and vacate all convictions and sentences, and *dismiss with prejudice* U.S. v. Ware, 04cr1224 (SDNY) in compliance with **binding circuit authority** in *Adar Bays, LLC v. GeneSys ID, Inc.*, 18cv3023 (2d Cir.) (March 15, 2022) pursuant to N.Y. Penal Law, §190.40, the criminal usury law, a class E felony.

## PLEASE BE ADVISED AND TAKE NOTICE:

The undersigned, Ulysses T. Ware, this 21st day of June 2022, is filing his:

Notice to USAG Merrick B. Garland, Judges Laura Taylor-Swain, Edgardo Ramos, and Andre Damian Williams, Jr., the U.S. Attorney (SDNY), *to immediately* cease and desist all resistance to binding circuit authority, to wit: *Adar Bays, LLC v. GeneSys ID, Inc.*, 18cv3023 (2d Cir.) (March 15, 2022).

Sincerely,

/s/ Ulysses T. Ware

**Tuesday, June 21, 2022**
(36) June 21, 2022, request to USAO and District Court (Ramos, J.) re: To immediately, **by June 22, 2022, at 12:00 noon, time of the essence**, reverse and vacate all convictions and sentences, and *dismiss with prejudice* U.S. v. Ware, 04cr1224 (SDNY) in compliance with **binding circuit authority** in *Adar Bays, LLC v. GeneSys ID, Inc.*, 18cv3023 (2d Cir.) (March 15, 2022) pursuant to N.Y. Penal Law, §190.40, the criminal usury law, a class E felony**.**

# Filed on 6/21/2022 2:35:28 PM
# Docket 22cv3409 (SDNY) (36)
## United States District Court
## Southern District of New York
## *Ware v. United States, et al.*

Submitted by:
The Office of Ulysses T. Ware
123 Linden Blvd.
Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com
/s/ Ulysses T. Ware
Tuesday, June 21, 2022

_____

Notice to USAG Merrick B. Garland, Judges Laura Taylor-Swain, Edgardo Ramos, and Andre Damian Williams, Jr., the U.S. Attorney (SDNY), **to immediately** cease and desist all resistance to binding circuit authority, to wit: *Adar Bays, LLC v. GeneSys ID, Inc.*, 18cv3023 (2d Cir.) (March 15, 2022).

_____

### Certificate of Service

The government was served with this pleading on 06.21.22 via Damian Williams at damian.williams@usdoj.gov, Jun Xiang was served at jun.xiang@usdoj.gov, and Merrick B. Garland, via Jeffrey R. Ragsdale, at Jeffrey.ragsdale@usdoj.gov.

Page **1** of **19**
**Tuesday, June 21, 2022**
(36) June 21, 2022, request to USAO and District Court (Ramos, J.) re: To immediately, **by June 22, 2022, at 12:00 noon, time of the essence**, reverse and vacate all convictions and sentences, and **_dismiss with prejudice_** U.S. v. Ware, 04cr1224 (SDNY) in compliance with **binding circuit authority** in *Adar Bays, LLC v. GeneSys ID, Inc*., 18cv3023 (2d Cir.) (March 15, 2022) pursuant to N.Y. Penal Law, §190.40, the criminal usury law, a class E felony**.**

# The Office of Ulysses T. Ware

123 Linden Blvd.
Ste 9-L
Brooklyn, NY 11226
(718) 844-1260
**utware007@gmail.com**

Tuesday, June 21, 2022

Office of the United States Attorney
For the Southern District of New York
1 St. Andrews Plaza
New York, NY 10007
Mr. Andre Damian Williams, Jr.

# NOTICE TO IMMEDIATELY CEASE AND DESIST

Re:    ***United States v. Ware***, 04cr1224 (SDNY), ("**1224**"):
GX 1-4 (the illegal Notes) and GX-5 (the illegal Subscription Agreement), jointly, (the "**Illegal Contracts**"),[1] are null and void ab initio, unenforceable, illegal, and violated N.Y. Penal Law, §190.40, the criminal usury law, a class E felony; and also violated 18 USC 1961(6)(A), racketeering to create and collect an unlawful debt, jointly, (the "**RICO Offenses**").[2]

---

[1] "GX" refers to the bogus and fraudulent government trial exhibits entered in 1224 via unregistered "investment advisor" Ari Rabinowitz, Tr. 180-192, (1224), as a fraud on the court, and as an overt act to obstruct justice in furtherance of the DOJ's Jim Crow racially-motivated hate crime conspiracy perpetrated against Ulysses T. Ware, Esq.

[2] See Exhibits A, B, C, and D, (the "**Kidnapping Evidence**"), infra, for District Judge (NDGA), Thomas W Thrash, Jr., and the U.S. Marshals' September 1, 2004, Atlanta, GA *kidnapping* of Ulysses T. Ware, as an overt criminal act ***to aid and abet the terroristic, brutal, and potentially deadly collection*** of the unlawful RICO debt created by GX 1-4 and GX-5. 18 USC 1961(6)(A) and Id., 1962(a-d). Sand, J., 02cv2219 (SDNY) authorized the U.S. Marshals to "use whatever force is necessary [i.e., inclusive of deadly force] on Ulysses T. Ware to collect the unlawful RICO loan-sharking illegal debt …." (paraphrased) (quoting Sand, J., Order). In essence Sand, J. **authorized the U.S. Marshals to murder Ulysses T. Ware on September 1, 2004,** if

Page **2** of **19**
**Tuesday, June 21, 2022**
(36) June 21, 2022, request to USAO and District Court (Ramos, J.) re: To immediately, **by June 22, 2022, at 12:00 noon, time of the essence**, reverse and vacate all convictions and sentences, and ***dismiss with prejudice*** U.S. v. Ware, 04cr1224 (SDNY) in compliance with **binding circuit authority** in ***Adar Bays, LLC v. GeneSys ID, Inc***., 18cv3023 (2d Cir.) (March 15, 2022) pursuant to N.Y. Penal Law, §190.40, the criminal usury law, a class E felony**.**

Mr. Williams:

I.

Mr. Ware writes to you as the government's representative in 1224 and in ***Ware v. USA, et al***., 22cv3409 (SDNY), the pending 28 USC 2241(a) actual innocent habeas corpus petition, (the "**Habeas Proceeding**"), as a lawyer that has appeared in both 1224 and the Habeas Proceedings, as a government lawyer, officer of the court, within the scope of Local Rule District Court (SDNY), L.R. 1.5(b)(5),  DOJ regulations §§9-5.001, and federal law, Fed. R. Crim. P. 5(f), collectively, (the "**Law**").

Mr. Williams, I draw to your attention to the recent, June 15, 2022, decision, Dkt. 31 (Order, dismissing the complaint) entered in ***Sweet Baby Lightning Enterprises, LLC, and John Slater v. Keystone Capital Corporation, et al.***, 21cv06528 (SDNY) (RA).[3] There the District Court (Abrams, J.), granted the defendants' motion to dismiss the complaint ("For the reasons that follow, the motion to dismiss is granted, albeit with leave to amend."), Dkt. 31 at 1.

The District Court in its analysis of the defendants' motion to dismiss, Dkt. 31 at 5, noted as the legal basis for its decision to dismiss the complaint:

> "Defendants argue that the loan contract[4] ***is unenforceable in its entirety*** because it ***charges an interest rate in excess of New York's criminal usury rate.*** The Court agrees." (emphasis added).

---

necessary to obtain the bogus and fraudulent Rule 144(k) legal opinions and GPMT's stock certificates for 10,000,000 free-trading shares of GPMT's equity worth +$500 million dollars.

[3] Complaint to enforce and collect on an unlawful debt that violated the rule of law announced in Adar Bays.

[4] Cf., government trial exhibits GX 1-4 and GX-5 entered in 1224 and the basis for the 02cv2219 (SDNY) complaint. GX-5, ¶10.1(iv), furthermore, conferred 15 USC 77b(a)(11) statutory underwriter status on each of the 02cv2219 "Civil Plaintiffs," ipso facto***, a governmental affirmative defense pleaded on the face of the 04cr1224 indictment; and moreover, an actual innocent in trial acquittal of all charges in 1224 given the government is bound by its judicial admissions in its trial exhibits, i.e., an affirmative defense to all charges in the 1224 indictment which the government is prohibited from legal argument***

**Tuesday, June 21, 2022**
(36) June 21, 2022, request to USAO and District Court (Ramos, J.) re: To immediately, **by June 22, 2022, at 12:00 noon, time of the essence**, reverse and vacate all convictions and sentences, and ***dismiss with prejudice*** U.S. v. Ware, 04cr1224 (SDNY) in compliance with **binding circuit authority** in ***Adar Bays, LLC v. GeneSys ID, Inc***., 18cv3023 (2d Cir.) (March 15, 2022) pursuant to N.Y. Penal Law, §190.40, the criminal usury law, a class E felony**.**

Mr. Williams, I am sure that as an officer of the court subject to L.R. 1.5(b)(5) disciplinary regulations, you will agree that the above reasoning by the Court **_constitutes actual innocence Brady exculpatory and impeachment evidence_** the USAO is required to _immediately disclose_ to Mr. Ware[5], and also make the District Court (Ramos, J.) aware of given the **_Adar Bays_** Second Circuit Court's decision,

1. annulled, vitiated, and voided the government's basis for any probable cause in 1224;

2. annulled and vitiated the factual basis, the Article III standing of the "Civil Plaintiffs," and the Article III and 28 USC 1332(a) subject matter jurisdiction for the 02cv2219 (SDNY) complaint; and

3. annulled and vitiated the legal and factual basis for the **_In re Group Management Corp_**., 03-93031-mhm (BC NDGA) Chapter 11, Dkt. 28, May 2003, Order to dismiss with

---

_or position that conflicts with its in trial judicial admissions and affirmative defenses presented to the grand jury, the trial jury, and presented on appeal in U.S. v. Ware, 09-0851cr (2d Cir.)._

As a matter of law, 03-93031-mhm (BC NDGA), 1224, and 09-0851 (2d Cir) are moot given the **_government's affirmative defenses_** pleaded in GX 5, ¶10.1(iv) in pari material with the **_Adar Bays_** decision and SEC Release 33-7190 n. 17 (1995).

[5] See Brady order, Dkt. 32, August 10, 2007, (Sweet, J.), (deceased), 04cr1224. (The government is ordered to disclose **_all_** Brady exculpatory evidence to the defendant "prior to trial [and continuing after trial in the pending Habeas Proceedings].") (emphasis added). Brady is a **_continuing obligation_** of the USAO and Damian Williams.

Page **4** of **19**
**Tuesday, June 21, 2022**
(36) June 21, 2022, request to USAO and District Court (Ramos, J.) re: To immediately, **by June 22, 2022, at 12:00 noon, time of the essence**, reverse and vacate all convictions and sentences, and **_dismiss with prejudice_** U.S. v. Ware, 04cr1224 (SDNY) in compliance with **binding circuit authority** in **_Adar Bays, LLC v. GeneSys ID, Inc_**., 18cv3023 (2d Cir.) (March 15, 2022) pursuant to N.Y. Penal Law, §190.40, the criminal usury law, a class E felony**.**

prejudice based on the "Civil Plaintiffs" ultra vires and fraudulent motion to dismiss the Chapter 11.[6]

## II.

Mr. Williams, Mr. Ware is sure that you as the purported U.S. Attorney (SDNY), an officer of the court, realize that you have an unwaivable ethical "duty of complete candor" to the District Courts (SDNY) and the Court of Appeals in regard to all matters in which the USAO has appeared,

---

[6] Cf., GX 250-253 (bankruptcy court (NDGA) proceedings) entered in 1224 by the government's lawyers, AUSAs Maria E. Douvas and Nicholas S. Goldin. The Chapter 11 proceedings, 03-93031 (BC NDGA) were _**criminally**_, 18 USC 2, 157, 371, rigged and fixed by the Atlanta, GA law firm, Kilpatrick, Townsend, & Stockton, LLP, its partners, Dennis S. Meir, Esq., John W. Mills, III, Esq., and the Bankruptcy Judge Margaret H. Murphy, as a criminal fraud on the court to enable the "Civil Plaintiffs" to collect the _**illegal RICO loan-sharking debt**_ predicated on GX 1-4 and GX-5, the Illegal Contracts, which violated N.Y. Penal Law, §190.40, the criminal usury law, a class E felony.

Cf., Appx. 6 attached to the 22cv3409 (SDNY) habeas corpus petition for the crimes committed by Bankruptcy Judges **Wendy L. Hagenau**, **Margaret H. Murphy**, **Joyce Bihary**, and **C. Ray Mullins**; and **M. Regina Thomas and Patricia Sinback** to willfully and knowingly obstruct, delay, and impede, Mr. Ware from challenging the legality of GX 1-4 and GX-5.

Once the bogus, fraudulent, and ultra vires Dismissal Order, May 2003, in 03-93031 (BC NDGA) is vacated as it must be given the _**Adar Bays**_ decision, the 11 USC 362 automatic stay is triggered and reinstated, which as a matter of law, annuls the government's 04cr1224 indictment's claims and allegations; and ipso fact, as a matter of law, renders the 1224 conviction and sentence null and void ab initio. _**Hence, the reasoning for the crimes committed by the bankruptcy court's judges and employees**_, see Appx. 6 to the 22cv3409 petition, ergo, to aid and abet, as overt acts in furtherance of the DOJ's Jim Crow racially-motivated hate crime conspiracy, the continued incarceration and irreparable harm to Ulysses T. Ware as a vindictive, racially-motivated, malicious, _**hatred filled retaliatory racial crime**_ (see Exhibit D, infra). Cf., 18 USC 241 and 242.

Page **5** of **19**
**Tuesday, June 21, 2022**
(36) June 21, 2022, request to USAO and District Court (Ramos, J.) re: To immediately, **by June 22, 2022, at 12:00 noon, time of the essence**, reverse and vacate all convictions and sentences, and _**dismiss with prejudice**_ U.S. v. Ware, 04cr1224 (SDNY) in compliance with **binding circuit authority** in **Adar Bays, LLC v. GeneSys ID, Inc**., 18cv3023 (2d Cir.) (March 15, 2022) pursuant to N.Y. Penal Law, §190.40, the criminal usury law, a class E felony**.**

to wit: 04cr1224 and 09-0851 (2d Cir.) that are affected by the ***Adar Bays*** decision.[7] Mr. Williams, as a government lawyer, officer of the court, you were required to immediately once the ***Adar Bays*** decision was reached on **March 15, 2022**, to have ***<u>forthwith</u>*** notified the District Courts (02cv2219 and 04cr1224), the Bankruptcy Court (NDGA) (03-93031) and the Court of Appeals (09-0851cr (2d Cir.) of the holding in ***Adar Bays*** and the legal effects of that decision on the proceedings (cf., 22cv3409 (SDNY), AIS claims, Dkt. 1-6) therein in the respective federal court courts.

Mr. Williams, court records show that you and the USAG Merrick B. Garland recklessly ***<u>did not</u>*** and have not, fulfilled your ***duty of candor*** to the courts; and ***you both recklessly, deliberately, and intentionally concealed and suppressed*** the legal effects of ***Adar Bays*** on the outcome of Mr. Ware's current and past litigation of the issues in 02cv2219 (SDNY), 03-93031 (BC NDGA), 04cr1224 (SDNY), 22cv3409 (SDNY), 09-0851cr (2d Cir.), and other related cases (i.e., 11-4181, 11-2151, and other appeals of 02cv2219 and 04cr1224), as a fraud on the court, and as an overt act in furtherance of the DOJ's Jim Crow racially-motivated hate crime conspiracy ***to***

---

[7] "***<u>Duty of candor refers to the duty of a public authority [the USAO and the DOJ] to disclose material facts.</u>*** The general duty of candor <u>requires</u> attorneys [Andre Damian Williams, Jr., Jun Xiang, Merrick B. Garland, Melissa Childs, Nina C. Gupta, Breon Peace, Daniel Gitner, Margaret M. Garnett, et al.] to be ***honest and forthright*** with courts. The attorneys should also refrain from deceiving or misleading courts either through direct representations ***<u>or through silence</u>***. ***<u>This duty is owed to courts during all aspects of litigation</u>***. The duty of candor towards the tribunal is a widely recognized one within the legal profession. [Gum v. Dudley, 202 W. Va. 477, 485 (W. Va. 1998)]." (emphasis added).

Page **6** of 19
**Tuesday, June 21, 2022**
(36) June 21, 2022, request to USAO and District Court (Ramos, J.) re: To immediately, **by June 22, 2022, at 12:00 noon, time of the essence**, reverse and vacate all convictions and sentences, and ***<u>dismiss with prejudice</u>*** U.S. v. Ware, 04cr1224 (SDNY) in compliance with **binding circuit <u>authority</u>** in ***Adar Bays, LLC v. GeneSys ID, Inc***., 18cv3023 (2d Cir.) (March 15, 2022) pursuant to N.Y. Penal Law, §190.40, the criminal usury law, a class E felony**.**

**_protect and shield Alpha Capital, AG (Anstalt) and its affiliates from criminal prosecution and a life sentence in federal prison_**.[8]

Mr. Williams, moreover, Mr. Ware is sure that you and the USAG appreciate the limits of your **_lawful_** authority, 28 USC 547(1, 2), standing, officially, on behalf of the United States, the real party in interest, only authorized to prosecute, on behalf of the United States, rather than on behalf of Alpha Capital, AG (Anstalt), "offenses" in the federal courts. Else, lacking an "offense" against the laws of the United States, not Alpha Capital, AG (Anstalt), your acts, actions, and omissions **_are in your personal and individual capacity as a lawyer_** subject to L.R. 1.5(b)(5), in either case, with or without an "offense."

### III.

Mr. Williams, your delusional arrogance and hubris, and phony paper credentials caused you to lose sight of your professional duties and responsibilities; and like Icarus, you tempted Fate, looked into the abyss, the abyss smiled back, and invited you to jump in. Being **_psychologically inebriated_** with the addictive drug of power, you thought, foolishly, that you

---

[8] The September 1, 2004, Atlanta, GA kidnapping of Ulysses T. Ware by the U.S. Marshals, see Exhibits A, B, C, and D, infra, to collect the RICO unlawful loan-sharking debt of Alpha Capital, AG (Anstalt) carries a life sentence once prosecuted and convicted, 3x civil damages of +$15.22 billion dollars, and punitive damages of +$5.22 billion dollars, jointly and severally, in **_Andre Damian Williams, Jr., Jennifer N. Wynn, Charles Schumer, Robert Schumer, Merrick B. Garland, Thomas W. Thrash, Jr., Wendy L. Hagenau, M. Regina Thomas, Margaret H. Murphy, Kilpatrick, Townsend, & Stockton, LLP, Edward T.M. Garland, Manny Arora, Donald F. Samuel, David Levitt, Michael F. Bachner, Marlon G. Kirton, Alexander H. Southwell, David N. Kelley, Edgardo Ramos, Laura Taylor-Swain, et al.,_** individual and personal capacity.

Page **7** of **19**
**Tuesday, June 21, 2022**
(36) June 21, 2022, request to USAO and District Court (Ramos, J.) re: To immediately, **by June 22, 2022, at 12:00 noon, time of the essence**, reverse and vacate all convictions and sentences, and **_dismiss with prejudice_** U.S. v. Ware, 04cr1224 (SDNY) in compliance with **binding circuit authority** in **_Adar Bays, LLC v. GeneSys ID, Inc_**., 18cv3023 (2d Cir.) (March 15, 2022) pursuant to N.Y. Penal Law, §190.40, the criminal usury law, a class E felony**.**

could defeat your Fate. Fate chose you for the Office of U.S. Attorney (SDNY) so that you would be made an example of what happens to a fraud and a phony unethical person once placed in great power. Your downfall was your destiny. Fate sealed your fate once you were smitten by the thought of unaccountable power into thinking, without any objective justification, that you were qualified for the responsibilities of the Office of the U.S. Attorney (SDNY). The drug of power dulled your moral senses to such an extent, even now you think that you can deceive Fate.

Mr. Williams, being of weak personal and moral character, and of a criminal pedigree, you were tempted by avarice and hubris, ***rather than thoughtful sobriety and proper personal assessment***.  Those in power, the distributors of the power drug,  knew you would be a pliable, controllable flunky, under the leash of Senator Charles Schumer and his cronies. ***That was why Fate chose you as the linchpin to crash the entire corrupt judicial and prosecutorial edifice in place in the SDNY***. That is your destiny, and there is nothing that you can do to stop it.

***You have been exposed and  Your fate is sealed!***

**IV.**

**Conclusion.**

Mr. Williams, given that the ***Adar Bays***, 18cv3023 (2d Cir.), March 15, 2022, decision is ***binding authority*** on the Courts in the Second Circuit and on the USAO in regard to 02cv2219, 03-93031 (BC NDGA), 04cr1224, and 09-0851cr (2d Cir.) please notify Mr. Ware not later than **Wednesday, June 22, 2022, at 12:00 noon, time of the essence**, in writing:

Page **8** of **19**
**Tuesday, June 21, 2022**
(36) June 21, 2022, request to USAO and District Court (Ramos, J.) re: To immediately, **by June 22, 2022, at 12:00 noon, time of the essence**, reverse and vacate all convictions and sentences, and ***dismiss with prejudice*** U.S. v. Ware, 04cr1224 (SDNY) in compliance with **binding circuit authority** in ***Adar Bays, LLC v. GeneSys ID, Inc***., 18cv3023 (2d Cir.) (March 15, 2022) pursuant to N.Y. Penal Law, §190.40, the criminal usury law, a class E felony**.**

1. whether or not the USAO will oppose an ***emergency application*** in the District Court (SDNY) for a **TRO and permanent injunction** to restrain and prohibit the USAO, the SDNY District Courts, the Atlanta, GA bankruptcy court (***In re Group Management Corp.,*** 03-93031-mhm, Chapter), the State Bar of Georgia, the District Court (NDGA), the Securities and Exchange Commission, and any others that have relied on, in whole and/or in part, the 02cv2219 (SDNY) null and void ab initio orders (GX 11 and GX 24), judgments (GX-7), and proceedings in their respective proceedings;

2. whether or not the USAO will oppose an ***emergency application*** in the Court of Appeals, with respect to the rule of law announced in the March 15, 2022, ***Adar Bays*** decision, for a writ of mandamus and prohibition directed to the District Court (Ramos, J.), 22cv3409 (SDNY), 04cr1224 (SDNY), and 05cr1115 (SDNY) for the District Court to immediately apply the rule of law in ***Adar Bays*** to Mr. Ware's pending applications and claims in 04cr1224, 05cr1115, and 22cv3409 (SDNY), and for the immediate adjudication of all Mr. Ware's pending claims on the merits; and

3. for the immediate entry of the required 28 USC 2243 show cause order in 22cv3409 (SDNY) actual innocent habeas corpus proceedings.


Mr. Williams, regrettably, this matter has turned acrimonious and gangrenous, due to your ***sadistic nihilism***, ***hubristic recalcitrance,*** and ***ambiguous dogmatism*** in your refusal to follow the

Page **9** of **19**
**Tuesday, June 21, 2022**
(36) June 21, 2022, request to USAO and District Court (Ramos, J.) re: To immediately, **by June 22, 2022, at 12:00 noon, time of the essence**, reverse and vacate all convictions and sentences, and ***dismiss with prejudice*** U.S. v. Ware, 04cr1224 (SDNY) in compliance with **binding circuit authority** in ***Adar Bays, LLC v. GeneSys ID, Inc***., 18cv3023 (2d Cir.) (March 15, 2022) pursuant to N.Y. Penal Law, §190.40, the criminal usury law, a class E felony**.**

rule of law and to enforce the law and the constitution on behalf of Mr. Ware, an American citizen

absolutely entitled to due process of law, and the equal protection of the laws.

If the Office of the United States Attorney (SDNY) does not respond in writing to this request,

Mr. Ware will report to the Courts that he conferred in writing with Andre Damian Williams, Jr.

on June 21, 2022, in writing and requested that the USAO state its official opinion on whether or

not:

(1) the USAO **will not** oppose the issuance of an emergency TRO and permanent restraining

order and,

(2) oppose the issuance of the emergency writ of mandamus and prohibit.

Mr. Ware will further report to the Courts that Andre Damian Williams, Jr. and the USAO did

not respond to his request for comment on the *imminent emergency applications*. If the USAO

intends to oppose the application of the rule of law announced in binding circuit precedent in

the March 15, 2022, *Adar Bay* decision, please provide to Mr. Ware for review the factual basis

and your memorandum of law with citations of authority that support your position to oppose

*Adar Bays* application in the pending proceedings in the District Court and elsewhere.


Sincerely,


/s/ Ulysses T. Ware

Page **10** of **19**
**Tuesday, June 21, 2022**
(36) June 21, 2022, request to USAO and District Court (Ramos, J.) re: To immediately, **by June 22, 2022, at 12:00 noon, time of the essence**, reverse and vacate all convictions and sentences, and *__dismiss with prejudice__* U.S. v. Ware, 04cr1224 (SDNY) in compliance with **binding circuit authority** in *Adar Bays, LLC v. GeneSys ID, Inc*., 18cv3023 (2d Cir.) (March 15, 2022) pursuant to N.Y. Penal Law, §190.40, the criminal usury law, a class E felony**.**

## IRNewswires: Special Corruption Investigations:
## U.S. Attorney General Merrick Garland *rumored* to be "in *very* hot water."



U.S. Atty (SDNY) Damian Williams     Deputy U.S. Atty Margaret M. Garnett

**IRNewswires Breaking News!**
New U.S. Attorney (SDNY) Damian Williams and USAG Merrick Garland will likely resign from office in disgrace and be criminally prosecuted.
"For whom does the bell toll? It tolls for thee."

U.S. Attorney Damian Williams (SDNY)

Sources inside the DOJ have stated "a *major* shake-up is coming … the President is not happy with several U.S. Attorneys, in particular, *Damian Williams* in New York. *Damian* has been a *major* embarrassment for the President … he feels Senator Schumer *tricked* him into nominating *Damian* who is *totally* unqualified …."

Alan Reitman, JD, LLM, Ph.D., *summa cum laude*, Managing Int'l Investigative reporter.
January 26, 2022
New York, NY

IRN's sources within the U.S. Department of Justice on Tuesday informed IRN's lawyers and investigators under a condition of confidentially " … the President is not happy with how Garland is running things …. **He moves too slow … he takes too long … he was a bad choice for the job** …. The Manhattan U.S. Attorney Damian Williams, Garland's former law clerk, is even worst than Garland … *the fruit does not fall far from the tree … Damian is on very thin ice and it's July* …." (quoting high-ranking DOJ officials).

1 | Page
26-Jan-22
IRN's 2022 Ulysses T. Ware's Innocence project.

Page **11** of **19**
**Tuesday, June 21, 2022**
(36) June 21, 2022, request to USAO and District Court (Ramos, J.) re: To immediately, **by June 22, 2022, at 12:00 noon, time of the essence**, reverse and vacate all convictions and sentences, and ***dismiss with prejudice*** *U.S. v. Ware*, 04cr1224 (SDNY) in compliance with **binding circuit authority** in *Adar Bays, LLC v. GeneSys ID, Inc*., 18cv3023 (2d Cir.) (March 15, 2022) pursuant to N.Y. Penal Law, §190.40, the criminal usury law, a class E felony**.**



# IRNewswires Breaking News:
## The USAO's (SDNY) Damian Williams' Job is on the Line. Will he last 48 hours?

*U.S. Attorney (SDNY) Damian Williams*

### The US Dept of Justice has placed itself in *Brady* disclosure *checkmate*.

**IRNewswires Public Corruption Investigations.**
Meredith Kammler, Esq., LLB, LLM, Ph.D., Int'l Investigative Reporter
Alan Reitman, Esq., JD, LLM. Ph.D., Managing Int'l Investigative Reporter
January 20, 2022
New York, NY

Page **1** of 51
**January 20, 2022**
RE: IRN's Ulysses T. Ware's 2022 Innocence and Exoneration Project

**Tuesday, June 21, 2022**
(36) June 21, 2022, request to USAO and District Court (Ramos, J.) re: To immediately, **by June 22, 2022, at 12:00 noon, time of the essence**, reverse and vacate all convictions and sentences, and ***dismiss with prejudice*** U.S. v. Ware, 04cr1224 (SDNY) in compliance with **binding circuit authority** in *Adar Bays, LLC v. GeneSys ID, Inc*., 18cv3023 (2d Cir.) (March 15, 2022) pursuant to N.Y. Penal Law, §190.40, the criminal usury law, a class E felony**.**

## IRNewswires Public Corruption Investigations

**Is the U.S. AG Merrick B. Garland (a/k/a Iago) involved in the operations of Alpha Capital, AG (Anstalt), the Hobbs Act** *international money laundering criminal enterprise?*[1]



***U.S. Attorney General Merrick B. Garland***

*"Avarice, Avarice, Avarice … all the money is mine …."*

**IRNewswires Special Reports**
**Alan Reitman, JD, Ph.D.,** *summa cum laude,* Managing Int'l investigative reporter
**Harold Morey, Executive Editor**
**February 12, 2022**
**London, UK**

*"Oh what a wicked web we weave."*

   IRN's lawyers and investigators have for the last twelve months conducted extensive investigations on the **U.S. AG Merrick B. Garland,** a former federal appeals court chief judge, and *scorned* Supreme Court nominee. The investigation has focused on very suspicious actions and transactions by New York Senator *Charles E. Schumer,* Mr. Garland's former law clerk, Manhattan U.S. Attorney Damian Williams, Senator Schumer brother, Robert Schumer, Mr. Garland, Alpha Capital, AG (Anstalt), *the*

---

[1] https://failedmessiah.typepad.com/failed_messiahcom/2010/06/friends-question-suicide-of-shady-hasidic-real-estate-mogul-678.html

Page | 1
Saturday, February 12, 2022

Page **13** of **19**
**Tuesday, June 21, 2022**
(36) June 21, 2022, request to USAO and District Court (Ramos, J.) re: To immediately, **by June 22, 2022, at 12:00 noon, time of the essence**, reverse and vacate all convictions and sentences, and ***dismiss with prejudice*** U.S. v. Ware, 04cr1224 (SDNY) in compliance with **binding circuit authority** in *Adar Bays, LLC v. GeneSys ID, Inc*., 18cv3023 (2d Cir.) (March 15, 2022) pursuant to N.Y. Penal Law, §190.40, the criminal usury law, a class E felony**.**

# Exhibits Sept. 1, 2004, Atlanta, GA kidnapping evidence

Page **14** of **19**
**Tuesday, June 21, 2022**
(36) June 21, 2022, request to USAO and District Court (Ramos, J.) re: To immediately, **by June 22, 2022, at 12:00 noon, time of the essence**, reverse and vacate all convictions and sentences, and *__dismiss with prejudice__* U.S. v. Ware, 04cr1224 (SDNY) in compliance with **binding circuit authority** in ***Adar Bays, LLC v. GeneSys ID, Inc***., 18cv3023 (2d Cir.) (March 15, 2022) pursuant to N.Y. Penal Law, §190.40, the criminal usury law, a class E felony**.**

# Exhibit A



**Tuesday, June 21, 2022**
(36) June 21, 2022, request to USAO and District Court (Ramos, J.) re: To immediately, **by June 22, 2022, at 12:00 noon, time of the essence**, reverse and vacate all convictions and sentences, and **_dismiss with prejudice_** U.S. v. Ware, 04cr1224 (SDNY) in compliance with **binding circuit authority** in **Adar Bays, LLC v. GeneSys ID, Inc**., 18cv3023 (2d Cir.) (March 15, 2022) pursuant to N.Y. Penal Law, §190.40, the criminal usury law, a class E felony**.**

# Exhibit B

| 75. | 9/1/04 Age: 44 | Contempt of Court | Atlanta, Georgia | 10/15/04: Dismissed pursuant to order of Judge Leonard B. Sand |
|---|---|---|---|---|



76. According to Sr. U.S. Probation Officer Atonya M. Craft of the Northern District of Georgia, on September 1, 2004, the defendant was arrested in the Northern District of Georgia in response to an order issued by the Honorable Leonard B. Sand, U.S. District Judge, Southern District of New York, in 02 CV 2219 (LBS). On December 22, 2003, Judge Sand ordered the defendants in this civil matter (which included the defendant) to deliver Silver Screen Studios, Inc. common stock to honor all of the conversion requests for Group Management Corp. or Silver Screen Studios, Inc. stock duly submitted by the plaintiffs. On June 21, 2004, Judge Sand issued a warrant for the defendant's arrest for contempt of court, for failure to obey the December 22, 2003, order. This arrest order indicated that the defendant was to be arrested by the U.S. Marshals Service and detained until the defendant purged himself of contempt by delivering the above-referenced



## Sept. 1, 2004 kidnapping

WARE, ULYSSES THOMAS                 P47014 - C. Tyler
15

common stock. On July 1, 2004, the defendant was arrested by the U.S. Marshals Service in the Northern District of Georgia. He appeared before the Honorable Thomas W. Thrash, Jr., in that district, refused to purge himself of contempt order. On September 2, 2004, the Honorable Thomas W. Thrash, Jr., ordered the defendant to remain in the custody of the U.S. Marshals Service until he purged himself of contempt or was ordered released by either Judge Thrash or Judge Sand. The defendant's request for bond was granted, and he was released on September 3, 2004, after posting $150,000 in cash and a $100,000 bond, cosigned by two other individuals.

77. On September 28, 2004, the Honorable Leonard B. Sand vacated the June 21, 2004, order in part to the extent that it authorized the arrest of defendant outside the state of New York and more than 100 miles from the U.S. Courthouse located at 500 Pearl Street, New York, New York. The order remained in effect insofar as it could be served on the defendant in the state of New York or within 100 miles of the U.S. Courthouse located at 500 Pearl Street, New York, New York.

78. On October 7, 2004, the defendant moved to vacate and release the bail of $250,000 set on September 2, 2004. On October 15, 2004, the defendant's motion was granted by the Honorable Thomas W. Thrash, Jr.; $150,000 was refunded to the defendant, and the corporate surety bond was discharged.



Page **16** of **19**
**Tuesday, June 21, 2022**
(36) June 21, 2022, request to USAO and District Court (Ramos, J.) re: To immediately, **by June 22, 2022, at 12:00 noon, time of the essence**, reverse and vacate all convictions and sentences, and **_dismiss with prejudice_** U.S. v. Ware, 04cr1224 (SDNY) in compliance with **binding circuit authority** in **Adar Bays, LLC v. GeneSys ID, Inc**., 18cv3023 (2d Cir.) (March 15, 2022) pursuant to N.Y. Penal Law, §190.40, the criminal usury law, a class E felony**.**

# Exhibit C

2

```
 1              (IN ATLANTA, FULTON COUNTY, GEORGIA, WEDNESDAY,
 2     SEPTEMBER 1ST, 2004, 3:30 P.M., IN OPEN COURT.)          P. 122
 3              THE COURT.    THIS IS THE CASE OF ALPHA CAPITAL VERSUS
 4     GROUP MANAGEMENT CORPORATION, FORMERLY KNOWN AS IVG,
 5     CORPORATION, FORMERLY KNOWN AS INTERNET VENTURE GROUP, INC.;
 6     THOMAS WARE, LEN CHURN AND HARRY CORKER, DEFENDANTS.    U.S.
 7     DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK CASE
 8     NUMBER 02-CIV-2219-LBS; NORTHERN DISTRICT OF GEORGIA CASE
 9     NUMBER 04-MJ-1203.    AND I'M HEARING THIS MATTER AS DUTY JUDGE
10     FOR THE MONTH OF SEPTEMBER.
11              I HAVE A COPY OF AN ORDER ISSUED BY U.S. DISTRICT
12     JUDGE LEONARD SAND ON JUNE 21, 2004, ORDERING THE MARSHALS
13     SERVICE TO ARREST THOMAS WARE AND TO HAVE HIM COMMITTED TO THE
14     CUSTODY OF THE U.S. MARSHAL IN THE DISTRICT TO WHICH HE'S
15     ARRESTED UNTIL HE PERJURES HIMSELF OF CIVIL CONTEMPT.
16              SIR, ARE YOU THE THOMAS WARE THAT'S NAMED IN THIS
17     ORDER?
18              THE DEFENDANT:    YES, I THINK SO.
19              THE COURT:    ALL RIGHT.    I HAVE SOME QUESTIONS I WANT
20     TO ASK YOU.    IS THERE ANYTHING YOU WANT TO SAY BEFORE I START
21     ASKING YOU QUESTIONS?
22              THE DEFENDANT:    YOUR HONOR, COULD I GET A PENCIL AND
23     A PIECE OF PAPER TO TAKE SOME NOTES?
24              THE COURT:    SURE.
25              THE DEFENDANT:    MAY I STAND AT THE PLATFORM?

                    DARLA J. COULTER, RPR, CRR
```

Page **17** of 19
**Tuesday, June 21, 2022**
(36) June 21, 2022, request to USAO and District Court (Ramos, J.) re: To immediately, **by June 22, 2022, at 12:00 noon, time of the essence**, reverse and vacate all convictions and sentences, and **_dismiss with prejudice_** U.S. v. Ware, 04cr1224 (SDNY) in compliance with **binding circuit authority** in *Adar Bays, LLC v. GeneSys ID, Inc*., 18cv3023 (2d Cir.) (March 15, 2022) pursuant to N.Y. Penal Law, §190.40, the criminal usury law, a class E felony**.**

# Exhibit D





to Mr. Ware, " ... I will have Judge Sand throw your ass in prison, nigger, and you will never get out ... who do you think that you are fucking with ... I want that stock and those opinions, else I will have the marshals arrest your ass ... you better give them to us ... I'm not playing around with you ... don't do it and see what happens to you ...."[10] (emphasis in original) (quoting Kenneth A. Zitter, Esq. in March 2003; see also the transcript of the September 1, 2004 illegal arrest (kidnapping) proceedings of Mr. Ware in Atlanta, GA on the admitted request of Zitter and Rabinowitz, by the U.S. Marshals (NDGA) held before District Judge Thomas W. Thrash, Jr.; cf. Doc. #88 order in 2219 (Sand, J.) ruling Thrash and the Marshals lacked authority and jurisdiction to have entered Mr. Ware's law office in Atlanta, GA on September 1, 2004 demanding the issuance of bogus Rule 144(k) legal opinions and more than 10 million free-trading shares of GPMT's stock.[11]

States in 2002-2007 attempting to extort GPMT and Mr. Ware out of more than $500 million dollars in

Page **18** of 19
**Tuesday, June 21, 2022**
(36) June 21, 2022, request to USAO and District Court (Ramos, J.) re: To immediately, **by June 22, 2022, at 12:00 noon, time of the essence**, reverse and vacate all convictions and sentences, and **_dismiss with prejudice_** U.S. v. Ware, 04cr1224 (SDNY) in compliance with **binding circuit authority** in **Adar Bays, LLC v. GeneSys ID, Inc**., 18cv3023 (2d Cir.) (March 15, 2022) pursuant to N.Y. Penal Law, §190.40, the criminal usury law, a class E felony**.**

# End of document

Page **19** of **19**
**Tuesday, June 21, 2022**
(36) June 21, 2022, request to USAO and District Court (Ramos, J.) re: To immediately, **by June 22, 2022, at 12:00 noon, time of the essence**, reverse and vacate all convictions and sentences, and *__dismiss with prejudice__* U.S. v. Ware, 04cr1224 (SDNY) in compliance with **__binding circuit authority__** in ***Adar Bays, LLC v. GeneSys ID, Inc***., 18cv3023 (2d Cir.) (March 15, 2022) pursuant to N.Y. Penal Law, §190.40, the criminal usury law, a class E felony**.**