# Docket 03-93031-mhm (3)
# In re Group Management Corp.
# Filed on 6/23/2022 7:55:22 AM

*Filed in U.S. Bankruptcy Court*
*Atlanta, Georgia*

**JUN 2 3 2022**

M. Regina Thomas, Clerk
By: _____ Deputy Clerk

Submitted by:
/s/ Ulysses T. Ware

_____

Ulysses T. Ware, (the "11 USC 1109(b) Statutory Party in Interest")
Legal representative for the Debtor, Group Management (an unincorporated entity)
123 Linden Blvd., Suite 9-L
Brooklyn, NY 11226
(718) 844-1260
utware007@gmail.com
Thursday, June 23, 2022

## In the United States Bankruptcy Court
## For the Northern District of Georgia
## Atlanta Division

_____

## Exhibits 4.1, 4.2, 4.3, and 5 to
## The Debtor's Request for Clarification regarding the Bankruptcy Court's Article III Subject Matter Jurisdiction given New Facts and Legal Precedents.

**PLEASE BE ADVISED AND TAKE NOTICE**: The Debtor, **Group Management ("GPMT")**, and its legal representative, **Ulysses T. Ware**, 11 USC 1109(b) *statutory parties in interest* in regard to GPMT's Chapter 11 proceedings, 03-93031-mhm, hereby this 22nd day of June 2022, **GIVES NOTICE**, based on newly available information, see attachments, of their legal right to intervene and challenge the Bankruptcy Court's Article III subject matter jurisdiction at any time[1].

_____

[1] See Fed. R. Civ. P. 12(h)(3) and *Arbaugh v. Y&H Corp.,* 546 U.S. 500, 506 (2006) (Subject matter jurisdiction can be challenged "at any time, even after entry of judgment ….") (emphasis added).

Page 1 of 2
**Thursday, June 23, 2022**
(3) re Exhibits 4.1, 4.2, 4.3, and 5 to Article III jurisdictional inquiry

## Exhibit 4.1, 4.2, 4.3, and 5

### Certificate of Service

I, Ulysses T. Ware, have this 23rd day of June 2022, served a copy of this inquiry on J. Henry Walker of KTS, via email, hwalker@kilpatriacktownsend.com, the legal representative for the 02cv2219 (SDNY) plaintiffs; on Andre Damian Williams, Jr., the U.S. Attorney (SDNY) via damian.williams@usdoj.gov, and on District Judge Edgardo Ramos (SDNY) and Chief District Judge Laura Taylor-Swain (SDNY) via email.